IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

CHRISTOPHER RAYBURN )
and LILIANA RAYBURN, )
)
      Plaintiffs, )  TC-MD 180251G
)
    v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
      Defendant. )  **FINAL DECISION OF DISMISSAL[1]**

    This matter came before the court on its own motion. Pursuant to the parties' agreed schedule, Defendant filed a status report recommending that Plaintiffs' requested relief be denied. Plaintiffs did not file a response to Defendant's recommendations by the scheduled deadline. The court then issued its Order, requiring Plaintiffs to file a response and informing them that their Complaint would be dismissed if no response was received. The ordered deadline has now passed, and the court has not received a response. Plaintiffs have abandoned their appeal. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

    [1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered October 8, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiffs' Complaint is dismissed.

Dated this ___ day of October, 2018.

_____
POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within __60__ days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Poul F. Lundgren and entered on October 24, 2018.*